```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,
                     Plaintiffs,

                  v.

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,
                     Defendants.
-----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

08 CIV 2440 (PKL)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties in the above entitled action that, whereas no party is an infant or a person for whom a committee or guardian has been appointed, the above entitled action is hereby discontinued without prejudice as against defendant Laidlaw International, Inc. only.

**FABIANI COHEN & HALL, LLP**

_____
Kevin B. Pollak, Esquire (KBP 6098)
Attorneys for Defendants
GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

**LAW OFFICE OF EDWARD P. RYAN**

_____
Edward P. Ryan, Esquire
Attorneys for Plaintiffs
MAMADOU SAIDOU BAH and
GNALEN BAH
38 Eagle Street
Albany, New York 12207
(518) 465 - 2488

Dated: New York, New York
       April 3, 2008

SO ORDERED 4/3/08

_____
USDJ

382480.1