**FABIANI COHEN & HALL, LLP**
ATTORNEYS AT LAW
570 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

(212) 644-4420
FAX (212) 207-8182

April 3, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/08
```

**MEMO ENDORSED**

<u>Via Facsimile - (212) 805-7913</u>

Honorable Peter K. Leisure
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Bah v. Greyhound Lines, Inc. and Laidlaw International, Inc. (08 CV 2440)
             Cadelis v. Greyhound Lines, Inc. (08 CV 2439)
             LaMarche v. Greyhound Lines, Inc. and Laidlaw International, Inc. (08 CV 2438)
             Our File No.: 818.34464

Dear Judge Leisure:

      This office represents Greyhound Lines, Inc. ("Greyhound") in connection with the above-referenced matters.

      By way of this letter, I would like to confirm the Court having extended Greyhound's time to implead parties in the <u>Bah v. Greyhound Lines, Inc.</u> (08 CV 2440), <u>Cadelis v. Greyhound Lines, Inc.</u> (08 CV 2439) and <u>LaMarche v. Greyhound Lines, Inc.</u> (08 CV 2438) actions up to and including May 2, 2008.

      It is requested that the Court so order this extension of time.

      The Court's attention to the above is appreciated.

                             Very truly yours,

                             Kevin B. Pollak (KBP6098)

KBP/lal

```
                    4/3/08
SO ORDERED
         [signature]
              USDJ
```

382674.1