UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,

                           Plaintiffs,                  08 CIV 2440 (PKL)

     -against-                                   [Related to
                                                    06 CIV 13371 (PKL)]

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,

                         Defendants.
--------------------------------------------------------------X        STIPULATION
GREYHOUND LINES, INC.,

                         Third-Party Plaintiff,

     -against-

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                         Third-Party Defendants.
--------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Defendant/Third Party Plaintiff Greyhound Lines, Inc. and for Third Party Defendant Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise respond to the Third Party Complaint in this action is hereby extended to and including June 13,

2008.

Dated: New York, New York
April 30, 2008

NOVACK BURNBAUM CRYSTAL, LLP

_____
Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

FABIANI COHEN & HALL, LLP

_____
Kevin B. Pollak (KBP6098)
570 Lexington Avenue, 4th Floor
New York, New York 10022
212-644-4420
Attorneys for Defendant/Third Party Plaintiff

SO ORDERED:   5/01/08

_____
Peter K. Leisure, U.S.D.J.

2