Alan D. Kaplan, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Email: akaplan@herrick.com

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br><br>MAMADOU SAIDOU BAH and GNALEN BAH,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>GREYHOUND LINES, INC., and THE<br>GOODYEAR RUBBER and TIRE COMPANY,<br><br>　　　　　　Defendants.<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | ELECTRONICALLY FILED<br><br><br><br>08 CIV 2440 (PKL)<br>[Related to 06 CIV 13371 (PKL)]<br><br>Jury Trial Demanded<br><br>**AFFIDAVIT OF**<br>**<u>SERVICE BY MAIL</u>** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

　　　　Jarret Hova, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age, and resides in Forest Hills, New York.

　　　　That on May 12, 2008, deponent served GOODYEAR'S ANSWER TO AMENDED COMPLAINT AND CROSS-CLAIMS upon:

　　　　　　Edward P. Ryan, Esq.
　　　　　　LAW OFFICES OF EDWARD P. RYAN
　　　　　　Attorneys for the Plaintiffs
　　　　　　38 Eagle Street
　　　　　　Albany, NY 12207

　　　　　　Kevin B. Pollak, Esq.
　　　　　　FABIANI COHEN & HALL, LLP
　　　　　　Attorneys for Greyhound Lines, Inc. and
　　　　　　Laidlaw International, Inc.
　　　　　　570 Lexington Avenue, 4th Floor
　　　　　　New York, New York 10022

NOVACK BURNBAUM CRYSTAL LLP
Attorneys for Third-Party Defendant,
Motor Coach Industries, Inc.
300 East 42nd Street
New York, New York 10017

KREINDLER & KREINDLER LLP
James P. Kreindler
Megan Benett
100 Park Avenue, 18th Fl.
New York, NY 10017

TAUB & MARDER, ESQS
Kenneth Marder
450 7th Avenue, 37`" Fl.
New York, NY 10123

RICH & RICH, PC
Jeffrey M. Rich
30 Vesey Street
New York, NY 10007

GOLDBERG. SEGALLA LLP
William Gordon Kelly
170 Hamilton Avenue, Suite 203
White Plains, NY 10601-1717

Lisa Marie Robinson
5789 Widewaters Parkway
Syracuse, NY 13214

RUBENSTEIN & RYNECKI
Robert Petitt
16 Court Street
Brooklyn, NY 11241

NORMAN LISS ATTORNEYS-AT-LAW, P.C.
Norman Liss
200 West 57th Street
New York, NY 10019

THE LIETZ LAW FIRM PLLC
David K. Lietz (*admitted pro hac vice*)
DC Bar No. 430557
888 166 Street, NW, Suite 800
Washington, DC 20006

VALAD AND VECCHIONE, PLLC
John J. Vecchione
3863 Plaza Drive
Fairfax, VA 22030

and

QUIRK AND BAKALOR, P.C.
Scott P. Taylor
Attorneys for Second Third-Party Defendant
Unicco Service Company d/b/a UGL Unicco,
Formerly Known as Unicco Service Company
845 Third Avenue
New York, NY 10022

at the above addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Jarret Hova

Sworn to before me, this
13th day of May, 2008

NOTARY PUBLIC

KELLY A. GOODWIN
Notary Public, State of New York
No. 03-4971277
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Aug. 27, 2010