Index # 08 cv 2440
Purchased/Filed: April 17, 2008

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Mamadou Saidou Bah and Gnalen Bah                                    Plaintiff

against

Greyhound Lines, Inc. and The Goodyear Rubber and Tire Company       Defendant

STATE OF NEW YORK )     **DESCRIPTION OF PERSON SERVED:**     Approx. Age: 45 Yrs.
COUNTY OF ALBANY ) SS
CITY OF ALBANY    )     Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White

Hair color: Brown  Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____April 22, 2008____, at __1:15 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ____Amended Summons in a Civil Action & Amended Complaint____ on ____The Goodyear Tire and Rubber Company s/h/a The Goodyear Rubber and Tire Company____, the Defendant in this action, by delivering to and leaving with ____Carol Vogt____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ____40.00____ dollars; That said service was made pursuant to Section ____BUSINESS CORPORATION LAW §306____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

22nd day of ____April, 2008____

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice•Work Order # 0807693

State of New York - Department of State
Receipt for Service

Receipt #: 200804230153    Cash #: 200804230153
Date of Service: 04/22/2008    Fee Paid: $40 - DRAWDOWN
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS
CORPORATION LAW

Party Served: THE GOODYEAR TIRE & RUBBER COMPANY

Plaintiff/Petitioner:
    BAH, MAMADOU SAIDOU


Service of Process Address:
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

                                            Secretary of State
                                            By   CAROL VOGT

State of New York - Department of State
Receipt for Service

Receipt #: 200804230153
Date of Service: 04/22/2008
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 200804230153
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: THE GOODYEAR TIRE & RUBBER COMPANY

Plaintiff/Petitioner:
        BAH, MAMADOU SAIDOU

Service of Process Address:
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

                                            Secretary of State
                                            By  CAROL VOGT