UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,

        Plaintiffs,

v.

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,

        Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

        Third-Party Plaintiff,

v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,

        Third-Party Defendants.
------------------------------------------------------------X

ANSWER TO
CROSS-CLAIMS

08 CIV 2440 (PKL)

[Related to
06 CIV 13371 (PKL)]

JURY TRIAL
DEMANDED

Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., by its attorneys, FABIANI COHEN & HALL, LLP, as and for an Answer to the Cross-Claims of Defendant, THE GOODYEAR TIRE & RUBBER COMPANY ("GOODYEAR"), sets forth, upon information and belief, the following:

### AS AND FOR AN ANSWER TO THE FIRST CROSS-CLAIM AGAINST GREYHOUND LINES, INC.

EIGHTY-FOURTH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "84" of the Defendant GOODYEAR's Answer to Amended Complaint dated May 12, 2008.

386242.1

EIGHTY-FIFTH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "85" of the Defendant GOODYEAR's Answer to Amended Complaint dated May 12, 2008.

**AS AND FOR AN ANSWER TO THE
SECOND CROSS-CLAIM AGAINST
<u>GREYHOUND LINES, INC.</u>**

EIGHTY-SIXTH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., repeats, reiterates, realleges and incorporates herein each and every assertion and denial contained in Paragraph Nos. "84" and "85" above and denies each and every allegation contained in Paragraph Nos. "1" through "83" of Defendant GOODYEAR's Answer to Amended Complaint dated May 12, 2008 to the extent that any such allegations are made against GREYHOUND LINES, INC.

EIGHTY-SEVENTH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. "87" of Defendant GOODYEAR's Answer to Amended Complaint dated May 12, 2008, except admits that GREYHOUND LINES, INC., and GOODYEAR entered into an agreement dated October 3, 2000, a copy of which is annexed to GREYHOUND's Answer to Consolidated Complaint as Exhibit "A" and begs leave to refer to the terms of said agreement at the time of trial.

EIGHTY-EIGHTH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. "88" of Defendant GOODYEAR's Answer to Amended Complaint dated May 12, 2008, except admits that GREYHOUND LINES, INC., and GOODYEAR entered into an agreement dated October 3, 2000, a copy of which is annexed to GREYHOUND's

386242.1

Answer to Consolidated Complaint as Exhibit "A" and begs leave to refer to the terms of said agreement at the time of trial.

EIGHTY-NINTH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "89" of the Defendant GOODYEAR's Answer to Amended Complaint dated May 12, 2008, except admits that counsel for GOODYEAR sent a letter dated January 30, 2008 to counsel for GREYHOUND LINES, INC. and that counsel for GREYHOUND LINES, INC., responded by letter dated February 5, 2008.

NINETIETH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "90" of the Defendant GOODYEAR's Answer to Amended Complaint dated May 12, 2008.

NINETY-FIRST: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "91" of the Defendant GOODYEAR's Answer to Amended Complaint dated May 12, 2008.

WHEREFORE, defendant/third-party plaintiff, GREYHOUND LINES, INC., demands:

1. Judgment dismissing the Amended Complaint;

2. Judgment dismissing GOODYEAR's Cross-Claims against defendant/third-party plaintiff, GREYHOUND LINES, INC.

3. Together with the costs and disbursements of this action.

Dated:  New York, New York
        May 16, 2008

                              Yours, etc.,

                              FABIANI COHEN & HALL, LLP

                              _____
                              Kevin B. Pollak (KBP 6098)
                              Attorneys for Defendant/
                               Third-Party Plaintiff
                              GREYHOUND LINES, INC.
                              570 Lexington Avenue, 4th Floor
                              New York, New York 10022
                              (212) 644-4420

To:  HERRICK, FEINSTEIN, LLP
     Attorneys for Defendant
     THE GOODYEAR TIRE &
      RUBBER COMPANY
     2 Park Avenue
     New York, New York 10016
     (212) 592-1400

     LAW OFFICE OF EDWARD P. RYAN
     Attorneys for Plaintiffs
     MAMADOU SAIDOU BAH and GNALEN BAH
     38 Eagle Street
     Albany, New York 12207
     (518) 465-2488

     NOVACK BURNBAUM CRYSTAL LLP
     Attorneys for Third-Party Defendant
     MOTOR COACH INDUSTRIES, INC.
     300 East 42nd Street
     New York, New York 10017
     (212) 682-4002

     QUIRK and BAKALOR, P.C.
     Attorneys for Third-Party Defendant
     UGL UNICCO
     845 Third Avenue, 15th Floor
     New York, New York 10022
     (212) 319-1000

386242.1

4

Mamadou Saidou Bah, et al. v. Greyhound Lines, Inc., et al. v. Motor Coach Industries, Inc., et al.
Civil Action No.: 08 CIV 2440 (PKL)
Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing ANSWER TO CROSS-CLAIMS was served via CM/ECF and First-Class Mail, postage prepaid, this 16th day of May, 2008, to:

HERRICK, FEINSTEIN, LLP
Attorneys for Third-Party Defendant
THE GOODYEAR TIRE & RUBBER COMPANY
2 Park Avenue
New York, New York 10016

LAW OFFICE OF EDWARD P. RYAN
Attorneys for Plaintiffs
MAMADOU SAIDOU BAH and GNALEN BAH
38 Eagle Street
Albany, New York 12207
(518) 465-2488

NOVACK BURNBAUM CRYSTAL LLP
Attorneys for Third-Party Defendant,
MOTOR COACH INDUSTRIES, INC.
300 East 42nd Street
New York, New York 10017

QUIRK and BAKALOR, P.C.
Attorneys for Third-Party Defendant
UGL UNICCO
845 Third Avenue, 15th Floor
New York, New York 10022

_____
Kevin B. Pollak (6098)

Sworn to before me this
16th day of May, 2008.

_____
NOTARY PUBLIC

APRIL D SMITH LITTLE
Notary Public, State of New York
No. 01SM6085371
Qualified in Bronx County
Commission Expires 6 / 01 / 20 11

386247.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,

                     Plaintiffs,

v.

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,

                     Defendants.
--------------------------------------------------------------X
GREYHOUND LINES, INC.,

                 Third-Party Plaintiff,

v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                 Third-Party Defendants.

08 CIV. 2440 (PKL)

[Related to
06 CIV 13371 (PKL)]

JURY TRIAL
DEMANDED

---

## ANSWER TO CROSS-CLAIMS

---

**FABIANI COHEN & HALL, LLP**
Attorneys for Defendant/Third-Party Plaintiff
GREYHOUND LINES, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

To: Attorney(s) for:
Sir(s):

    PLEASE TAKE NOTICE that a           of which the within is a (true) (certified) copy

    [ ]NOTICE OF ENTRY *was duly entered in the within named court on*      2008

    [ ]NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
    *one of the judges of the within named court at the Courthouse at* on , 2008 at     o'clock

Dated:

                Yours, etc.,
        FABIANI COHEN & HALL, LLP
    Attorneys for Defendant/Third-Party Plaintiff
       570 Lexington Avenue, 4th Floor
        New York, New York 10022
            (212) 644-4420

To:

Attorney(s) for: