Alan D. Kaplan, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Email: akaplan@herrick.com

Attorney for Defendant
The Goodyear Tire & Rubber Company

UNITED STATES DISTRICT COURT             ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

MAMADOU SAIDOU BAH and GNALEN BAH,

        Plaintiffs,

        v.                                           08 CIV 2440 (PKL)
                                              [Related to 06 CIV 13371 (PKL)]
GREYHOUND LINES, INC., and THE
GOODYEAR TIRE & RUBBER COMPANY,               Jury Trial Demanded

        Defendants.

                                              **AFFIDAVIT OF SERVICE**

-------------------------------------x
GREYHOUND LINES, INC.,

        Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,
UGL UNICCO, Formerly Known As
UNICCO Service Company and THE
GOODYEAR TIRE & RUBBER COMPANY,

        Third-Party Defendants.
-------------------------------------x

    I, Marie Grimm, being sworn say:

    1.    I am not a party to the action, am over 18 years of age and reside in New York, New York.

    2.    On May 16, 2008 I served a copy of Goodyear's Answer to Cross-Claims of UNICCO and Goodyear's Cross-Claims Against UNICCO (dated May 16, 2008) in Case 08 CIV

2440 (PKL) [Related to 06 CIV 13371 (PKL)] by having a true copy thereof sent via U.S. First Class Mail, addressed to the parties listed below:

To:

Edward P. Ryan, Esq.
LAW OFFICES OF EDWARD P. RYAN
Attorneys for the Plaintiffs
38 Eagle Street
Albany, NY 12207

Kevin B. Pollak, Esq.
FABIANI COHEN & HALL, LLP
Attorneys for Greyhound Lines, Inc. and Laidlaw International, Inc.
570 Lexington Avenue, 4th Floor
New York, New York 10022

NOVACK BURNBAUM CRYSTAL LLP
Attorneys for Third-Party Defendant, Motor Coach Industries, Inc.
300 East 42nd Street
New York, New York 10017

KREINDLER & KREINDLER LLP
James P. Kreindler
Megan Benett
100 Park Avenue, 18th Fl.
New York, NY 10017

TAUB & MARDER, ESQS
Kenneth Marder
450 7th Avenue, 37'" Fl.
New York, NY 10123

Lisa Marie Robinson
5789 Widewaters Parkway
Syracuse, NY 13214

RUBENSTEIN & RYNECKI
Robert Petitt
16 Court Street
Brooklyn, NY 11241

NORMAN LISS ATTORNEYS-AT-LAW, P.C.
Norman Liss
200 West 57th Street
New York, NY 10019

THE LIETZ LAW FIRM PLLC
David K. Lietz (*admitted pro hac vice*)
DC Bar No. 430557
888 166 Street, NW, Suite 800
Washington, DC 20006

VALAD AND VECCHIONE, PLLC
John J. Vecchione
3863 Plaza Drive
Fairfax, VA 22030

RICH & RICH, PC
Jeffrey M. Rich
30 Vesey Street
New York, NY 10007

HF 4155086 v.1 #99999/1000 05/16/2008 02:40 PM

| | |
|---|---|
| GOLDBERG. SEGALLA LLP<br>William Gordon Kelly<br>170 Hamilton Avenue, Suite 203<br>White Plains, NY 10601-1717 | QUIRK AND BAKALOR, P.C.<br>Scott P. Taylor<br>Attorneys for Second Third-Party Defendant<br>Unicco Service Company d/b/a UGL Unicco,<br>Formerly Known as Unicco Service Company<br>845 Third Avenue<br>New York, NY 10022 |

_____
Marie Grimm

Sworn to before me this
16th day of May, 2008

_____
Notary Public

TANYA VITERI
NOTARY PUBLIC, State of New York
Reg. No. 01VI6032087
Qualified in Kings County & NY County
Commission Expires October 18, 20__
January 26, 2010

HF 4155086 v.1 #99999/1000 05/16/2008 02:40 PM