

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,

                                    Plaintiffs,                    08 CIV 2440 (PKL)

                    -against-                                      [Related to
                                                                  06 CIV 13371 (PKL)]

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,

                                    Defendants.
------------------------------------------------------------------X    STIPULATION
GREYHOUND LINES, INC.,

                            Third-Party Plaintiff,

                    -against-

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                            Third-Party Defendants.
------------------------------------------------------------------X


        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for Defendant The Goodyear Tire & Rubber Company and for Third Party

Defendant Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise

respond to the Cross-Claim in this action is hereby extended to and including June 20, 2008.

Dated: New York, New York
        May 27, 2008

NOVACK BURNBAUM CRYSTAL, LLP

Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

HERRICK. FEINSTEIN, LLP

Alan D. Kaplan
2 Park Avenue
New York, New York 10016
212-592-1400
Attorneys for Defendant

SO ORDERED:

Peter K. Leisure, U.S.D.J.
        5/29/08

2