USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,

                        Plaintiffs,

    -against-

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,

                        Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                        Third-Party Plaintiff,

    -against-

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                        Third-Party Defendants.
------------------------------------------------------------X

08 CIV 2440 (PKL)

[Related to
06 CIV 13371 (PKL)]

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Third Party Defendant UNICCO Service Company and for Third Party Defendant Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise respond to the Cross-Claim in this action is hereby extended to and including June 20, 2008.

Dated: New York, New York
      May 27, 2008

NOVACK BURNBAUM CRYSTAL, LLP

_____
Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

QUIRK AND BAKALOR, P.C.

_____
Scott P. Taylor (7761)
845 Third Avenue
New York, New York 10022
212-319-1000
Attorneys for Third Party Defendant

SO ORDERED:

_____
Peter K. Leisure, U.S.D.J.

5/29/08