UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   **ANSWER TO CROSS-CLAIMS**
MAMADOU SAIDOU BAH and GNALEN BAH

                Plaintiffs,          08 CIV 2440 (PKL)
     v.

GREYHOUND LINES, INC., and THE GOODYEAR    [Related to
TIRE & RUBBER COMPANY                          06 CIV 13371 (PKL)]

                Defendants.

-----------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

     v.

MOTOR COACH INDUSTRIES, INC., and UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                Third-Party Defendants.
-----------------------------------------------------------------X

      Third-Party Defendant, UNICCO Service Company d/b/a UGL Unico s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, by its attorneys QUIRK AND BAKALOR, P.C., sets forth the following in response to the cross-claims of the Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("GOODYEAR") upon information and belief:

    FIRST:    Denies each and every allegation contained in the paragraphs of GOODYEAR's Answer to Cross-Claims of UNICCO AND GOODYEARS's Cross-Claims against UNICCO numbered "3", "4" and "12" and refers all issues of contract interpretation and law contained therein to this Court.

SECOND: Denies having knowledge or information sufficient to form a belief as to any of the allegations contained in the paragraphs of GOODYEAR's Answer to Cross-Claims of UNICCO and GOODYEAR's Cross-Claims against UNICCO numbered "5", "6", "8", "9" and "10" and refers all issues of contract interpretation and law contained therein to this Court.

THIRD: Denies each and every allegation contained in the paragraph of GOODYEAR's Answer to Cross-Claims of UNICCO and GOODYEAR's Cross-Claims against UNICCO numbered "7".

FOURTH: Denies each and every allegation contained in the paragraph of GOODYEAR's Answer to Cross-Claims of UNICCO and GOODYEAR's Cross-Claims against UNICCO numbered "11" except admits that this answering defendant did not accept GOODYEAR's demand for indemnity and refers all issues of the law contained therein to this Court.

**WHEREFORE,** Third-Party Defendant UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, demands judgment dismissing the cross-claims in Defendant GOODYEAR's Answer to Cross-Claims of UNICCO and GOODYEAR's Cross-Claims against UNICCO, together with the costs, disbursements and attorneys' fees of this action.

Dated: New York, New York
       May 29, 2008

                                        Yours, etc.

                                        QUIRK AND BAKALOR, P.C.

                                        By: _____
                                            Scott P. Taylor (7761)
                                        Attorneys for Third-Party Defendant
                                        UNICCO Service Company d/b/a UGL
                                        Unicco s/h/a UGL UNICCO, Formerly
                                        Known As UNICCO Service Company

                                                                          845 Third Avenue
                                                                          New York, New York 10022
                                                                          (212) 319-1000

TO:    LAW OFFICE OF EDWARD P. RYAN
        *Attorneys for Plaintiffs*
        ***MAMADOU SAIDOU BAH and GNALEN BAH***
        38 Eagle Street
        Albany, New York 12207

        FABIANI COHEN & HALL, LLP
        Kevin B. Pollak (KBP 6098)
        *Attorneys for Defendant/*
        *Third-Party Plaintiff*
        ***GREYHOUND LINES, INC.***
        570 Lexington Avenue, 4th Floor
        New York, New York 10022
        (212) 644-4420

        HERRICK, FEINSTEIN, LLP
        *Attorneys for Defendant*
        ***THE GOODYEAR TIRE &***
        ***RUBBER COMPANY***
        2 Park Avenue
        New York, New York 10016
        (212) 592-1400

        NOVACK BURNBAUM CRYSTAL LLP
        *Attorneys for Third-Party Defendant*
        ***MOTOR COACH INDUSTRIES, INC.***
        300 East 42nd Street
        New York, New York 10017
        (212) 682-4002

I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

.................................................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF                              ss.:

I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification**  in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification**  the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

.................................................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF   New York   ss.:   (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Valley Stream, N.Y.

On May 29, 2008   Answer to Cross-Claims

I served the within

☒ **Service By Mail** — by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual** — by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

☐ **Service by Electronic Means** — by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service** — by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

LAW OFFICE OF EDWARD P. RYAN
*Attorneys for Plaintiffs*
**MAMADOU SAIDOU BAH and GNALEN BAH**
38 Eagle Street
Albany, New York 12207

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
**GREYHOUND LINES, INC.**
570 Lexington Avenue, 4th Floor
New York, New York 10022

HERRICK, FEINSTEIN, LLP
*Attorneys for Defendant*
**THE GOODYEAR TIRE & RUBBER COMPANY**
2 Park Avenue
New York, New York 10016

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
**MOTOR COACH INDUSTRIES, INC.**
300 East 42nd Street
New York, New York 10017

Sworn to before me on May 29, 2008  /s/ Dara L. Rosenbaum

DARA L. ROSENBAUM
Notary Public, State of New York
No. 02RO6117218
Qualified in New York County
Commission Expires October 25, 2008

.................................................................................
The name signed must be printed beneath
Ludy Aristilde

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 2440   Year

MAMADOU SAIDOU and GNALEN BAH,

                       Plaintiff,
-against-

GREYHOUND LINES, INC. and THE GOODYEAR RUBBER and TIRE COMPANY,

                       Defendant.   *AND OTHER ACTIONS*

## ANSWER TO CROSS-CLAIMS

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* Third–Party Defendant, UNICCO Service Company d/b/a/ UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company

*Office and Post Office Address, Telephone*

**845 Third Avenue**
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

---

PLEASE TAKE NOTICE:

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                                                                        of which the within is a true copy
will be presented for settlement to the HON.                                                         one of the judges of the
within named Court, at
on                                    at                          M.
Dated,

                                     Yours, etc.

                                       **QUIRK AND BAKALOR, P.C.**