UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,

                Plaintiffs,

v.

GREYHOUND LINES, INC., and THE GOODYEAR TIRE
and RUBBER COMPANY,

                Defendants.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Third Party Plaintiff,

v.

MOTOR COACH INDUSTRIES, INC., and UGL UNICCO, f/k/a
UNICCO Service Company,

                Third-Party Defendants.
-------------------------------------------------------------------X

ELECTRONICALLY FILED

08 CIV. 2440 (PKL)

[Related to]
06 CIV 13371 (PKL)

Jury Trial Demanded

**RULE 7.1
CORPORATE DISCLOSURE
STATEMENT OF
MOTOR COACH
INDUSTRIES, INC.**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Third Party Defendant Motor Coach Industries, Inc., a private, non-governmental party, certifies that:

      The parent corporation of Third Party Defendant Motor Coach Industries, Inc. is Motor Coach Industries International, Inc. No publicly held company owns ten percent or more of the stock of Third Party Defendant Motor Coach Industries, Inc.

Dated: New York, New York
       June 13, 2008

Novack Burnbaum Crystal LLP

By: _____
Howard C. Crystal (HC1666)
300 East 42nd Street
New York, New York 10017
(212) 682-4002

Attorneys for Third Party Defendant
Motor Coach Industries, Inc.

To:

FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400

CHAPMAN ZARANSKY LLP
114 Old Country Road, Suite 680
Mineola, New York 11501
(516) 741-6601

EDWARD P. RYAN
38 Eagle Street
Albany, New York 12207
(518) 465-2488

8126380_5