Alan D. Kaplan, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Email: akaplan@herrick.com

UNITED STATES DISTRICT COURT        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

MAMADOU SAIDOU BAH and GNALEN BAH,    :

            Plaintiffs,    :

                   :     08 CIV 2440 (PKL)
        v.     :     [Related to 06 CIV 13371 (PKL)]

GREYHOUND LINES, INC., and THE    :
GOODYEAR TIRE & RUBBER COMPANY,    :     Jury Trial Demanded

          Defendants.    :     **GOODYEAR'S CROSS-CLAIMS**
                   :     **AGAINST MOTOR COACH**
                   :     **INDUSTRIES, INC.**

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

GREYHOUND LINES, INC.,    :

            Third-Party Plaintiff,    :
        v.    :

MOTOR COACH INDUSTRIES, INC. and    :
UGL UNICCO, Formerly Known As    :
UNICCO Service Company,    :

          Third-Party Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - x

The Goodyear Tire & Rubber Company ("Goodyear"), by its attorneys, Herrick,

Feinstein LLP, hereby asserts cross-claims against third-party defendant Motor Coach Industries,

Inc. ("MCI") (incorporating herein all prior and related pleadings and defenses) as follows:

## AS AND FOR A FIRST CROSS-CLAIM

1.    If plaintiff and third-party plaintiff were caused to suffer damages as a result of the incidents alleged in the Amended Complaint and Third-Party Complaint, such damages were not due to any negligence, strict liability, breach of contract, or fault on the part of Goodyear, but rather were due in whole or in part to the negligence, carelessness, strict liability, breach of contract, or breach of warranty of MCI, and its directors, officers, agents and employees.

2.    If Goodyear is held liable for any of the damages claimed by plaintiff or third-party plaintiff, then Goodyear is entitled to contribution and/or indemnification, in whole or in part, from MCI, of any judgment obtained or a part of any judgment obtained on the basis of an apportionment of responsibility between it and Goodyear, as well as costs and attorneys' fees.

**WHEREFORE**, defendant Goodyear demands Judgment granting its cross-claims against third-party defendant MCI together with costs, disbursements and attorneys' fees, and granting such other and further relief which this Court deems appropriate.

Dated: New York, NY
       June 16, 2008

HERRICK, FEINSTEIN LLP

By: _/s/ Alan D. Kaplan_____
       Alan D. Kaplan
       akaplan@herrick.com
Attorney for Defendant
*THE GOODYEAR TIRE & RUBBER*
*COMPANY*
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500

To:     NOVACK BURNBAUM CRYSTAL LLP
        *Attorneys for Third-Party Defendant,*
        *Motor Coach Industries, Inc.*
        300 East 42nd Street
        New York, NY 10017

        LAW OFFICES OF EDWARD P. RYAN
        Edward P. Ryan, Esq.
        *Attorneys for Plaintiff Mamadou Saidou Bah and Gnalen Bah*
        38 Eagle Street
        Albany, NY 12207

        FABIANI COHEN & HALL, LLP
        Kevin B. Pollak, Esq.
        *Attorneys for Defendant Greyhound Lines, Inc.*
        570 Lexington Avenue, 4th Floor
        New York, NY 10022

        QUIRK AND BAKALOR, P.C.
        Scott P. Taylor
        *Attorneys for Third-Party Defendant*
        *Unicco Service Company d/b/a UGL Unicco,*
        *Formerly Known as Unicco Service Company*
        845 Third Avenue
        New York, NY 10022

        MOTOR COACH INDUSTRIES, INC.
        1700 East Golf Road
        Schaumberg, IL 60173

        CHAPMAN ZARANSKY LLP, OF COUNSEL TO
        LAW OFFICES OF JAY H. TANENBAUM
        Michael B. Zaransky, Esq.
        110 Wall Street, 16th Floor
        New York, NY 10010

        KREINDLER & KREINDLER LLP
        James P. Kreindler
        Megan Benett
        100 Park Avenue, 18th Floor
        New York, NY 10017

3

TAUB & MARDER, ESQS
Kenneth Marder
450 7th Avenue, 37th Floor
New York, NY 10123

RICH & RICH, PC
Jeffrey M. Rich
30 Vesey Street
New York, NY 10007

GOLDBERG SEGALLA LLP
William Gordon Kelly
170 Hamilton Avenue, Suite 203
White Plains, NY 10601

Lisa Marie Robinson
5789 Widewaters Parkway
Syracuse, NY 13214

RUBENSTEIN & RYNECKI
Robert Petitt
16 Court Street
Brooklyn, NY 11241

NORMAN LISS ATTORNEYS-AT-LAW, P.C.
Norman Liss
200 West 57th Street
New York, NY 10019

THE LIETZ LAW FIRM PLLC
David K. Lietz (*admitted pro hac vice*)
DC Bar No. 430557
888 166 Street, NW, Suite 800
Washington, DC 20006

VALAD AND VECCHIONE, PLLC
John J. Vecchione
3863 Plaza Drive
Fairfax, VA 22030

E. STEWART JONES, PLLC
28 Second Street
Troy, NY 12181

4

LAW OFFICES OF NEIL MOLDOVAN
One Old Country Road, Suite 270
Carle Place, NY 11514

LAW OFFICES OF EDWARD P. RYAN
Edward P. Ryan, Esq.
38 Eagle Street
Albany, NY 12207

and

LAW OFFICE OF MARK SCHNEIDER
Mark Schneider, Esq.
57 Court Street
Plattsburgh, NY 12901