**MEMO ENDORSED**



# NBC NOVACK BURNBAUM CRYSTAL LLP

300 East 42nd Street, New York, New York 10017  Tel: 212.682.4002  Facsimile: 212.986.2907

HOWARD C. CRYSTAL
Ext. 17

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

RECEIVED
CHAMBERS OF

JUN 20 2008

PETER K. LEISURE
USDJ/SDNY

June 17, 2008

Hon. Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

Filed under 06-13371

    Re:    Greyhound Lines v. Motor Coach Industries, Inc.  06 CIV
            7110 (PKL) (Consolidated under 06 CIV 13371(PKL)

            Lamarche v. Greyhound 08 CIV 2438
            Cadelis v. Greyhound 08 CIV 2439
            Clavien v. Greyhound 08 CIV 3566
            Bah v. Greyhound 06 CIV 2440
            Bickford-Bushey v. Greyhound 08 CIV 4465

            Our File Nos. 2043-23

Dear Judge Leisure:

    This firm is counsel to Third Party Defendant Motor Coach Industries, Inc. ("MCI") in the above-referenced cases.

    Your Honor recently signed an order admitting Mark Enright and Richard C. Gering, members of the firm of Arnstein & Lehr LLP on a pro hac vice basis as co-counsel to MCI in the Anderson matter, 06 CIV 7110 (PKL) and the cases consolidated therewith under 06 CIV 13371.

    I am writing to request that Your Honor waive the requirement that we move separately for the admission of Messrs. Enright and Gering in each of the Lamarche, Cadelis, Clavien, Bah, and Bickford-Bushey matters. All of these matters arise from the same facts as those at issue in the Anderson and consolidated cases.

# NBC  NOVACK BURNBAUM CRYSTAL LLP

Hon. Peter K. Leisure
June 17, 2008
Page 2

    If Your Honor approves this request, I would ask that Your Honor endorse such order on this letter. If Your Honor so directs, we will of course submit orders granting the admission of Messrs. Enright and Gering in each of the afore-mentioned cases.

Respectfully submitted,

*/s/ Howard C. Crystal*

HCC: gv
Cc: All counsel of record per the attached list

> The requirement to move separately for the admissions of Mark Enright, Esq., and Richard C. Gering, Esq. in each of the Lamcaren, Cadeus, Clausen, Bobs, and Bickford Buskey actions is hereby waived in light of their admission pro hac vice in *Anderson v. Greyhound*, 06 Civ. 13371.

6/26/08
SO ORDERED
*/s/ Peter K. Leisure*
USDJ

## COUNSEL LIST

FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400

TAUB & MARDER
Kenneth Marder
450 Seventh Avenue, 37th Street
New York, New York 10123
(212) 967-1122

RICH & RICH, P.C.
Jeffrey M. Rich
30 Vesey Street
New York, New York 10007
(212) 406-0440

KREINDLER & KREINDLER
James P. Kreindler
Megan Benett
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 697-8181

GOLDBERG SEGALLA, LLP
William Gordon Kelly
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400

Lisa M. Robinson
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400


RUBENSTEIN & RYNECKI, ESQS.
Robert Petitt
16 Court Street, Suite 1717
Brooklyn, New York 11214
(718) 522-1020

NORMAN LISS, ATTORNEYS-AT-LAW, P.C.
Norman Liss

200 West 57th Street
New York, New York 10019
(212) 586-6165

VALAD and VECCHIONE PLLC
John J. Vecchione
3863 Plaza Drive
Fairfax, VA 22030

THE LIETZ LAW FIRMS, PLLC
David L. Leitz (*admitted pro hace vice*)
888 16th Street North West
Suite 800
Washington, DC 20006

E. STEWART JONES, PLLC
28 Second Street
Troy, NY 12181

CHAPMAN ZARANSKY LLP
114 Old Country Road, Suite 680
Mineola, NY 11501
(516) 741-6601

LAW OFFICES OF JAY H. TANNENBAUM
110 Wall Street, 16th Floor
New York, NY 10005
(212) 422-1765

LAW OFFICES OF NEIL MOLDOVAN
One Old Country Road, Suite 270
Carle Place, New York 11514
(516) 294-3300

LAW OFFICES OF EDWARD P. RYAN
Edward P. Ryan, Esq.
38 Eagle Street
Albany, NY 11207
(518) 465-2488

QUIRK AND BAKALOR, P.C.
Scott P. Taylor
845 Third Avenue
New York, NY 10022

LAW OFFICES OF MARK SCNEIDER
Mark Scneider, Esq.
57 Court Street
Plattsburgh, NY 12901

ARNSTEIN & LEHR LLP

Mark Enright
Richard C. Gering
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606